IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| PNG VENTURES, INC., a Nevada Corporation | § § § | CASE NO. 09-13162 (CSS) |
| | § § | District of Delaware |
| Debtor. | § § § | (Joint Administration Pending) |
| *Being Jointly Administered with:* | § § | |
| IN RE: | § § | Chapter 11 |
| EARTH LEASING, INC., a Texas Corporation, | § § § | CASE NO. 09-13165 |
| | § § | District of Delaware |
| Debtor. | § § | (Joint Administration Pending) |
| GOLDEN SPREAD ENERGY, INC., TELLURIDE INVESTMENTS, INC. F.K.A. GSEJKM, INC., GSEKFT, INC., GSESKO, INC., NEPTUNE LEASING, INC., OLIVER KENDALL KELLEY, CRYOGENIC RESEARCH AND DEVELOPMENT, INC., JACK B. KELLEY ENTERPRISES, INC. AND SHIPROCK HELIUM, LLC, | § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | ADVERSARY NO. _____ |
| AP HOLDINGS INTERNATIONAL, INC., EARTH LEASING, INC., PNG VENTURES, INC., MOUNTAIN STATES PETROLEUM CORP., NACOGDOCHES OIL AND GAS, INC., AND DENNIS G. MCLAUGHLIN III, | § § § § § § § | |
| Defendants. | § | |

**NOTICE OF REMOVAL OF CIVIL ACTION**

TO THE HONORABLE COURT:

Plaintiffs' in the above-captioned lawsuit file this Notice of Removal as follows:

## I.    GROUNDS

**A.    Notice of Removal**

1. This notice is filed under Bankruptcy Rule 9027 and 28 U.S.C. §§ 157, 1452 and 1334, as applicable.

2. On or about November 15, 2008, Plaintiffs filed suit against Defendants, under Cause No. DC-08-14569-B, in the 44th Judicial District Court in and for Dallas County, Texas.

3. On September 9, 2009, Defendants PNG Ventures, Inc. ("PNG") and Earth Leasing, Inc. ("Earth Leasing") filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in Case No. 09-13162, *In re PNG Ventures Inc.*, in the United States Bankruptcy Court for the District of Delaware.

4. "A party may remove any claim or cause of action in a civil action…to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title." 28 U.S.C. § 1452.

5. The district court has original jurisdiction of this matter under 28 U.S.C. § 1334.

6. Pursuant to the Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc, this matter should be filed in the United States Bankruptcy Court of the Northern District of Texas.

7. The state court lawsuit alleges causes of action for fraud, breach of contract, acceleration of promissory notes, and alter ego.

8. This Court has jurisdiction "of all civil proceedings arising under title 11, or arising in or related to a case under title 11." 28 U.S.C. § 1334(b). For "related to" jurisdiction to attach to the state court lawsuit, "the anticipated outcome of the action must both (1) alter the rights, obligations, and choices of action of the debtor, and (2) have an effect on the administration of the estate." *In re Bissonnet Investments, LLC*, 320 F.3d 520, 525 (5th Cir. 2003). Plaintiff's suit is "related to" the bankruptcy because the lawsuit includes actions against PNG and Earth Leasing for breach of contract and fraud and the state court lawsuit will both "(1) alter the rights, obligations, and choices of action of the debtor, and (2) have an effect on the administration of the estate." *In re Bissonnet Investments, LLC*, 320 F.3d 520, 525 (5th Cir. 2003).

9. Accordingly, this federal district court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 157, 1334, and 1452.

10. Copies of all state court pleadings and processes are being filed contemporaneously with this Notice. Exhibit "A" attached to this Notice is an index of those pleadings being filed.

11. Attached to this notice of removal as Exhibit "B" is a Certificate of Interested Parties.

Respectfully submitted,

SPROUSE SHRADER SMITH P.C.
David Jones, Texas State Bar No. 00784353
Mark D. White, Texas State Bar No. 21317900
J. Daren Brown, Texas State Bar No. 24036271
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 fax

/s/ David Jones
David M. Jones

**ATTORNEYS FOR PLAINTIFFS**

# EXHIBIT A
## INDEX OF PLEADINGS

| | |
|---|---|
| Attachment 1: 11/15/08 | Plaintiffs' Original Petition |
| Attachment 2: 11/21/08 | Citation of Service (McLaughlin) unserved |
| Attachment 3: 11/21/08 | Citation of Service (AP Holdings International, Inc.) served 12/4/08 |
| Attachment 4: 11/21/08  12/19/08 | Citation of Service (Nacogdoches Oil & Gas, Inc.) served |
| Attachment 5: 11/21/08 | Citation of Service (Earth Leasing, Inc.) unserved |
| Attachment 6: 11/21/08 | Citation of Service (Mountain States Petroleum Corp.) served 12/1/08 |
| Attachment 7: 11/21/08 | Citation of Service (AP Holdings International, Inc.) served 12/1/08 |
| Attachment 8: 12/19/08 | Defendant AP Holdings International, Inc.'s Original Answer |
| Attachment 9: 12/19/08 | Defendant Dennis McLaughlin, III's Original Answer |
| Attachment 10: 12/19/08 | Defendant Mountain States Petroleum Corp's Original Answer |
| Attachment 11: 1/29/09 | Defendant's Original Answer (Nacogdoches) |
| Attachment 12: 2/27/09 | Defendant Nacogdoches oil and Gas, Inc's Notice of Attorney Appearance and Substitution of Counsel |
| Attachment 13: 3/13/09 | Order on Substitution of Counsel |
| Attachment 14: 3/18/09 | Citation: Earth Leasing, Inc. served 3/24/09 |
| Attachment 15: 4/1/09 | Plaintiffs' First Amended Petition |
| Attachment 16: 4/3/09 | Citation: Earth Leasing, Inc. 4/7/09 |
| Attachment 17: 4/10/09 | Defendant Dennis G. McLaughlin, III's Original Answer to Plaintiffs' First Amended Petition |
| Attachment 18: 4/10/09 | Defendant Mountain States Petroleum Corp.'s Original Answer to Plaintiffs' First Amended Petition |
| Attachment 19: 4/10/09 | Defendant AP Holdings International, Inc.'s Original Answer to Plaintiffs' First Amended Petition |
| Attachment 20: 4/29/09 | Defendant Earth Leasing, Inc. and PNG Ventures, Inc.'s Answer and Affirmative Defenses and Request for Disclosures |
| Attachment 21: 5/4/09 | Pre-Trial Order |
| Attachment 22: 5/4/09 | Mediation Order |
| Attachment 23: 6/23/90 | Plaintiffs' Demand for Jury Trial |
| Attachment 24: 8/5/09 | Plaintiff's Motion to Compel Defendant Nacogdoches Oil and Gas, Inc. to Respond to Requests for Production and Brief in Support |
| Attachment 25: 8/5/09 | Plaintiffs' Motion to Compel Defendants AP Holdings International, Inc., Mountain States Petroleum Corp., and Dennis G. McLaughlin III To Respond to Requests for Production and Brief in Support |
| Attachment 26: 8/10/09 | Notice of Hearing on Plaintiffs' Motion to Compel (AP Holdings International, Inc., Mountain States Petroleum Corp., and Dennis G. McLaughlin III) |
| Attachment 27: 8/10/09 | Notice of Hearing on Plaintiff's Motion to Compel (Nacogdoches Oil and Gas, Inc.) |

| | | |
|---|---|---|
| Attachment 28: 8/14/09 | Defendant Nacogdoches Oil and Gas, Inc.'s Response to Plaintiffs' Motion to Compel |
| Attachment 29: 8/14/09 | Defendant Nacogdoches Oil and Gas, Inc.'s Motion to Abate |
| Attachment 30: 8/26/09 | Plaintiffs' First Amended Motion to Compel Defendant Nacogdoches Oil and Gas, Inc. to Respond to Requests for Production and Brief in Support |
| Attachment 31: 8/26/09 | Plaintiffs' First Amended Motion to Compel Defendants AP Holdings International, Inc., Mountain States Petroleum Corp., and Dennis G. McLaughlin III to Respond to Requests for Production and Brief in Support |
| Attachment 32: 9/1/09 | Plaintiff's Brief in Support of Motion to Compel re: Defendants AP Holdings International, Inc., Mountain States Petroleum Corp., and Dennis G. McLaughlin III |
| Attachment 33: 9/1/09 | Plaintiff's Brief in Support of Motion to Compel re: Defendant Nacogdoches Oil and Gas, Inc. |
| Attachment 34: 9/1/09 | Plaintiff's Supplement to First Amended Motion to Compel Defendant Nacogdoches Oil and Gas, Inc. to Respond to Requests for Production and Brief in Support |
| Attachment 35: 9/2/09 | Defendants AP Holdings International, Inc., Mountain States Petroleum Corp., and Dennis G. McLaughlin III Response to Plaintiffs' Motion to Compel and Brief in Support |
| Attachment 36: 9/2/09 | Notice of Appearance re: Defendants AP Holdings International, Inc., Mountain States Petroleum Corp., and Dennis G. McLaughlin III |
| Attachment 37: 9/9/09 | Plaintiff's Motion to Compel Defendants PNG Ventures, Inc. and Earth Leasing, Inc. to Respond to Requests for Production and Brief in Support |
| Attachment 38: 9/11/09 | Notice of Hearing on Plaintiffs' Motion to Compel re: PNG Ventures, Inc. and Earth Leasing, Inc. for October 7, 2009 at 9:45 a.m. |
| Attachment 39: 9/16/09 | Agreed Motion to Substitute |
| Attachment 40: 9/16/09 | Certificate of Service |
| Attachment 41: 9/16/09 | Suggestion of Bankruptcy as to Defendants PNG Ventures, Inc. and Earth Leasing, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 24, 2009**, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept service of this document by electronic means. The following attorneys will be notified of the filing of this document as follows:

| | |
|---|---|
| Scott C. Skelton<br>Judi C. Wells<br>ZELESKEY CORNELIUS HALLMARK<br>ROPER HICKS, PLLC<br>P O Drawer 1728<br>Lufkin, Texas  75902-1728 | *Via Certified Mail, Return Receipt Requested* |
| Bob Jenevein<br>Eunice Kim<br>VINCENT LOPEZ SERAFINO JENEVEIN<br>2001 Bryan Street, Suite 2000<br>Dallas, Texas  75201 | *Via Certified Mail, Return Receipt Requested* |
| Christopher A. Honea<br>EVOLUTION FUELS, INC.<br>In-House Counsel<br>3001 Knox Street, Suite 403<br>Dallas, Texas 75205 | *Via Certified Mail, Return Receipt Requested* |
| Stewart Clancy<br>Aaron Tobin<br>ANDERSON & JONES PLLC<br>One Galleria Tower<br>13355 Noel Road, Suite 1900<br>Dallas, Texas  75240 | *Via Certified Mail, Return Receipt Requested* |

/s/ David Jones
David M. Jones

550586_1.DOCX
1023.092

NOTICE OF REMOVAL OF CIVIL ACTION                                                                                        Page 6 of 6

## EXHIBIT B

## CERTIFICATE OF INTERESTED PARTIES

IN RE PNG VENTURES, INC.
  (Case No. 09-13162-CSS)
IN RE EARTH LEASING, INC.
  (Case No. 09-13165-CSS)

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Logan & Company, Inc.
546 Valley Road
Upper Montclair, NJ 07043-1896

PNG Ventures, Inc., a Nevada Corporation
5310 Harvest Hill Road
Suite 229
Dallas, TX 75230-5805

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801-3024

ACCO
949 W. Bell Road
Nogales, AZ 85621-4602

AICCO, Inc.
45 East River Park Dr., W
Ste. 308
Fresno, CA 93720-1565

AT&T Mobility
P.O. Box 930170
Dallas, TX 75393-0170

Action Stock Transfer Corp.
7069 S. Highland Dr.
Ste. 300
Salt Lake City, UT 84121-3731

Acxential Business Solutions, Inc.
4339 Lindbergh Drive
Addison, TX 75001-4539

Alan Nielson
1502 West Pinyon Pines Way
South Jordan, UT 84095-8467

Allied Waste Services
PO Box 78829
Phoenix, AZ 85062-8829

Anhhydride Petroleum (Canada) Inc.
800, 326-11th Ave. SW
CALGARY ALBERTA CANADA T2R 0C5

Arizona Corporate Commission
1300 W. Washington Street, 1st Fl.
Phoenix, AZ 85007-2951

Arizona Department of Environmental Qual
PO Box 18228
Phoenix, AZ 85005-8228

Arizona Department of Revenue
P.O. Box 29009
Phoenix, AZ 85038-9009

Arthur Steinberg, Esquire
King & Spalding
1185 Avenue of the Americas
New York, NY 10036-2686

BFI Waste
9200 Glenoaks Blvd.
Sun Valley, CA 91352-2613

BNSF
P.O. Box 961284
Forth Worth, TX 76161-0284

Black Forest International, LLC
c/o Mark Baum, Esquire
2038 Corte del Nogal, Suite 110
Carlsbad, CA 92011-1478

Blecher & Collins PC
515 South Figueroa Street
Ste. 1750
Los Angeles, CA 90071-3302

Border Valley Trading
604 E. Mead
Brawley, CA 92227-9748

Brad Gabbard
c/o MG Advisors, LLC
303 E. 17th Ave.
Suite 660
Denver, CO 80203-1259

Burrtec Waste - Palm Desert
41575 Eclectic Street
Palm Desert, CA 92260-1968

Burrtec Waste Industries
9820 Cherry Avenue
Fontana, CA 92335-5202

Cal Cartage
3545 Long Beach Blvd.
Suite 500
Long Beach, CA 90807-3968

California Board of Equalization
450 N. Street
Sacramento, CA 95814-4311

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0001

California Secretary of State
PO Box 944230
Sacramento, CA 94244-2300

California State Compensation
Insurance Fund
P.O. Box 9102
Pleasanton, CA 94566-9102

| | | |
|---|---|---|
| California Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0001 | Capacity of Texas, ITS/UPRR<br>401 Capacity Drive<br>Longview, TX 75604-5341 | Castlerigg PNG Investements, LLC<br>40 West 57th Street, 26th Floor<br>New York, NY 10019-4001 |
| Chattanooga (AGL Resources)<br>P.O. Box 4569<br>Atlanta, GA 30302-4569 | Chem Treat, Inc.<br>4461 Cox Rd.<br>Glen Allen, VA 23060-6169 | City of Bakersfield<br>1501 Truxtun Avenue<br>Bakersfield, CA 93301-5270 |
| City of Long Beach<br>2600 Temple Avenue<br>Long Beach, CA 90806-2209 | City of Los Angeles<br>111 E. 1st Street<br>Room 110<br>Los Angeles, CA 90012-4114 | City of Los Angeles<br>Office of Finance<br>3700 Wilshire Blvd., Suite 31<br>Los Angeles, CA 90010-2901 |
| City of Redlands<br>35 Cajon Street<br>Suite 200<br>Redlands, CA 92373-4746 | City of San Bernardino<br>300 North 'D' Street<br>San Bernardino, CA 92418-0001 | City of San Diego<br>2740 Caminito Chollas<br>San Diego, CA 92105-5039 |
| Colwick Travel<br>5550 LBJ Fwy Ste 110<br>Dallas, TX 75240-2308 | Commercial Fueling Network<br>2000 Alameda De Las Pulgas<br>Ste. 242<br>San Mateo, CA 94403-1271 | Conoco Phillips<br>PO Box 2197<br>Houston, TX 77252-2197 |
| Coquest, Inc.<br>4140 Lemmon Avenue<br>Suite 260<br>Dallas, TX 75219-3700 | CoreXchange, Inc.<br>1950 Stemmons Freeway<br>Ste. 4006<br>Dallas, TX 75207-3179 | Crisp<br>2811 N Palenque Avenue<br>Nogales, AZ 85621-3532 |
| Cryogenic Transportation, Inc.<br>1900 AM Drive<br>Ste. 103<br>Quakertown, PA 18951-6403 | Data Online<br>PO Box 95000<br>Philadelphia, PA 19195-0001 | Delaware Dept. of Finance<br>Division of Revenue<br>820 N. French Street<br>Wilmington, DE 19801-3530 |
| Delaware Division of Corporations<br>401 Federal Street, Suite 4<br>Dover, DE 19901-3639 | Discovery Economics<br>350 S. Grand Ave.<br>Ste. 2200<br>Los Angeles, CA 90071-3485 | El Paso Natural Gas<br>P.O. Box 1087<br>Colorado Springs, CO 80944-0001 |
| Emerson/Daniel Measurement<br>P.O. Box 730156<br>Dallas, TX 75373-0156 | Environmental Safety & Management Assoc.<br>115 W. California Blvd.<br>#207<br>Pasadena, CA 91105-3005 | Ergos Technology Partners, Inc.<br>1717 St. James Place<br>Ste. 320<br>Houston, TX 77056-3411 |
| Evolution Fuels, Inc.<br>f/k/a Earth Biofuels, Inc.<br>3001 Knox Street, Suite 403<br>Attn: Randy Hepler<br>Dallas, TX 75205-7304 | Extra Space<br>4114 N Central Expressway<br>Dallas, TX 75204-2129 | Exxon Mobil<br>800 Bell Street<br>CORP EMB<br>Houston, TX 77002-7497 |

FC Stone, LLC
141 West Jackson
Ste. 2730
Chicago, IL 60604-2901

Fleet Card Fuels
P.O. Box 81865
Bakersfield, CA 93380-1865

Fleetstar
5310 Harvest Hill Road
Suite 229
Dallas, TX 75230-5805

Fontana Water Co.
P.O. Box 5970
El Monte, CA 91734-1970

Fourth Third, LLC (Medley)
One Front Street
Suite 1100
San Francisco, CA 94111-5361

Frontier Communications
P.O. Box 23008
Rochester, NY 14692-3008

GI Rubbish
7075 N. Scottsdale Road
Suite 300
Scottsdale, AZ 85253

Gladden Water
PO Box 455
Excelsior, NM 55331-0455

Gladstein, Neanross & Assoc.
3015 Main St.
Ste. 300
Santa Monica, CA 90405-6415

Golden Spread Energy, Inc.
P.O. Box 51166
Amarillo, TX 79159-1166

Grand Canyon National Park
1824 S. Thompson Street
Flagstaff, AZ 86001-2693

Great Western Leasing
14212 Valley Blvd.
Fontana, CA 92335-5293

Greenfield Commercial Credit, L.L.C.
300 East Long Lake Road
Suite 180
Bloomfield Hills, MI 48304-2375

Hay Day Farms
1550 South Commercial
Blythe, CA 92225

Hinshaw & Culbertson, LLP
11601 Wilshire Blvd.
8th Floor
Los Angeles, CA 90025-0509

Hodgson Russ, LLP
1540 Broadway, 24th Floor
New York, NY 10036-4087

Hurd
830 E. Camino Corrida
TUCSON, AZ 85704-7650

IMA of Colorado, Inc.
1550 17th Street
Ste. 600
Denver, CO 80202-1657

Inland Kenworth
9730 Cherry Avenue
Fontana, CA 92335-5257

Intercontinental Exchange Data, etc.
P.O. Box 933265
Atlanta, GA 31193-0001

Intercontinental Exchange, Inc. a/k/a
ICE Data
PO Box 933625
Atlanta, GA 31193-3625

Intermountain Gas Co.
555 S. Cole Road
Boise, ID 83709-0940

Internal Revenue Service
1100 Commerce
Dallas, TX 75242-1100

Internal Revenue Service
200 S. Virginia Street
Reno, NV 89501-2405

Internal Revenue Service
District Director
1352 Marrows Road
Newark, DE 19711-5475

JBK Trucking
P.O. Box 50539
Amarillo, TX 79159-0539

Jack B. Kelly, Inc.
P.O. Box 50539
Amarillo, TX 79159-0539

Jack Pots Portables, Inc.
P.O. Box 1444
Lake Havasu, AZ 86405-1444

Jan-Pro Commercial Cleaning
8130 Baymeadows Circle West
Suite 306
Jacksonville, FL 32256-1837

K&L Gates
Attn: Paul Genender
1717 Main Street, Suite 2800
Dallas, TX 75201-7342

| | | |
|---|---|---|
| Kelly Group, et al.<br>8101 West 34th Avenue<br>Amarillo, TX 79121-1069 | Ken Kelley<br>PO Box 50539<br>Amarillo, TX 79159-0539 | Kristin Herring d/b/a KH Marketing Srv.<br>4223 Concho St.<br>Dallas, TX 75206-5407 |
| LEV Corporation<br>1916 Bagley Way<br>Tucson, AZ 85746-6613 | MG Advisors<br>303 E. 17th Avenue<br>Ste. 660<br>Denver, CO 80203-1259 | Macquarie-Cooke<br>10100 Santa Monica Blvd.<br>18th Floor<br>Los Angeles, CA 90067-4003 |
| Mitel Netsolutions<br>PO Box 53230<br>Phoenix    85072-3230 | Mohave County Sheriff's Office<br>PO Box 1191<br>Kingman, AZ 86402-1191 | NABI<br>106 National Drive<br>Anniston, AL 36207-8339 |
| NGV America<br>400 N. Capitol St. NW<br>Washington, DC 20001-1511 | Nevada Department of Taxation<br>1550 College Parkway<br>Carson City, NV 89706-7939 | Nevada Secretary of State<br>101 North Carson Street, Suite 3<br>Carson City, NV 89701-3714 |
| New Mexico Taxation & Revenue Dept.<br>5310 Central NE<br>PO Box 8485<br>Albuquerque, NM 87198-8485 | Nikkiso Cryo<br>4661 Eaker Street<br>Las Vegas, NV 89081-2746 | Nixon Peabody, LLP<br>100 Summer Street<br>Attn: Victor G. Milione, Esquire<br>Boston, MA 02110-2131 |
| OCTA<br>550 South Main Street<br>Orange, CA 92868-4506 | Office of the Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801-3509 | Office of the United States Trustee<br>844 N. King Street<br>Wilmington, DE 19801-3519 |
| Oilsands Quest, Inc. f/k/a<br>CanWest Petroleum f/k/a Uranium Power Co<br>800, 326 - 11th Ave. SW<br>CALGARY ALBERTA CANADA T2R 0C5 | Omnitrans<br>1700 West Fifth Street<br>San Bernardino, CA 92411-2499 | One Source Payroll<br>5005 N. Royal Lane<br>Suite 132<br>Irving, TX 75063 |
| Peninsula Lights Metals<br>4880 WEst Rosecrans Avenue<br>Hawthorne, CA 90250-6614 | Pennsylvania Department of State<br>PO Box 8721<br>Harrisburg, PA 17105-8721 | Personal Safety Enterprises<br>3716 N. Eagle Mtn. Dr.<br>Flagstaff, AZ 86004-9431 |
| Pioneer Natural Resources USA, Inc.<br>5205 N. O'Connor Blvd<br>Suite 200<br>Irving, TX 75039-3789 | Pitney Bowes<br>PO Box 856390<br>Louisville, KY 40285-6390 | Platts<br>P.O. Box 848093<br>Dallas, TX 75284-8093 |
| Portside Growth<br>c/o Shulte Roth Zabel, LLP<br>919 Third Ave.<br>New York, NY 10022-3902 | Praxair-Dallas<br>2525 Northern Avenue<br>Kingman, AZ 86409-2630 | Prometheus Energy<br>9675 S.E. 36th Street<br>Mercer Island, WA 98040-3732 |

Prometheus/Bowerman
9675 S.E. 36th Street
Mercer Island, WA 98040-3732

Qqest Asset Management Svcs.
9350 S. 150 E.
Suite 300
Sandy, UT 84070-2707

Questar
Attn: Allan Bradley
PO Box 45360
Salt Lake City, UT 84145-0360

ROI Telephony, LLC
4951 Airport Parkway
#640
Addison, TX 75001-6047

Radcliffe SPC
c/o Wilmer Cutler Pickering Hale Dorr
1875 Pennsylvania Avenue NW
Washington, DC 20006-3642

Ruden McClosky
401 East Jackson Street
27th Floor
Tampa, FL 33602-5233

SES/Yusen Terminal
301 E Ocean Blvd.
Suite 1501
Long Beach, CA 90802-4828

San Bernadino County Fire Protection Dt.
157 W. Fifth Street, 2nd Floor
San Bernadino, CA 92415-1012

San Diego Gas & Electric
8306 Century Park Court 41D
San Diego, CA 92123-1593

Sandell Asset Management Corp.
Castlerigg Master Investments
Attn: Lee Iannarone, Esqire
40 W. 57th Street, 26th Floor
New York, NY, NY 10019-4001

Sequent Energy Management, LP
1200 Smith
Suite 900
Houston, TX 77002-4374

Shell Energy North America
909 Fannin
Plaza One Level
Attn: Jim McPherson
Houston, TX 77010-1014

Sichenzia Ross Friedman Ference LLP
1065 Avenue of the Americas
New York, NY 10018-1878

Sichenzia Ross Friedman Ference LLP
61 Broadway
32nd Fl.
New York, NY 10006-2701

South Bay Trucking Center
21107 S. Chico Street
Carson, CA 90745-1648

Southern California Edison
P.O. Box 300
Rosemead, CA 91771-0001

Southwest Caruthers/Prometheus
9675 S E 36th Street
Mercer Island, WA 98040-3732

Specialty Trailer Leasing
P.O. Box 51166
Amarillo, TX 79159-1166

Sprint
P.O. Box 8077
London, KY 40742-8077

Standard Automation & Control LP
Wonderware West
3550 N. Central Ave.
Phoenix, AZ 85012-2105

Sun Water Company
3701 London Bridge Road
Lake Havasu, AZ 86404

Sysco Foods
20701 East Currier Road
Walnut, CA 91789-2904

Terminex
3147 W. Post Road
Las Vegas, NV 89118-3859

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Department of Revenue
Texas Comptroller of Public Accounts
Lyndon B. Johnson State Office Bldg.
111 East 17th Street
Austin, TX 78774-1440

Texas Mutual Insurance Company
PO Box 841843
Dallas, TX 75284-1843

Texas Networking Services
5728 Lunford Rd.
Apt. 312
Plano, TX 75024-4963

Toll Hill Properties, Inc.
P.O. Box 840568
Dallas, TX 75248

Travelers
2420 Lakemont Avenue
Orlando, FL 32814-6164

U.S. Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801-1265

UPS
P.O. Box 650580
Dallas, TX 75265-0580

UPS/Fleet Star, Inc.
5310 Harvest Hill Road
Suite 229
Dallas, TX 75230-5805

United Healthcare Insurance Company
Dept. CH10151
Palatine, IL 60055-0001

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801-3519

Vance Bryson Company
2121 Spring Creek Parkway
Plano, TX 75023-4100

Veolia Transportation
302 N. 1st Avenue
Suite 450
Phoenix, AZ 85003-4522

Veritext Los Angeles Reporting Co.
3090 Bristol St.
Costa Mesa, CA 92626-3079

Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622

Vincent Lopez Serafino Jenevein, PC
2001 Bryan Street
Suite 2000
Dallas, TX 75201-3073

Waste Management
7075 N. Scottsdale Road
Suite 300
Scottsdale, AZ 85253

Westport Fuel
101-1750 West 75th Avenue
Vancouver
British Columbia, Canada V6P 6G2

Wetco Investments, Inc.
15335 Valley Blvd.
Fontana, CA 92335-6348

William Taylor, Esquire
McCarter & English
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

Williams Four Corners
One Williams Center
Tulsa, OK 74172-0140

Wyoming Secretary of State
Business Division
200 West 24th Street
Cheyenne, WY 82002-0001

YA Global
c/o Andrews Kurth, LLP
450 Lexington Ave.
New York, NY 10017-3911

Yeager
1995 Agua Mansa Road
Riverside, CA 92509-2405

Eric Michael Sutty
Fox Rothschild LLP
Citizens Bank Center, Suite 1300
919 North Market Street
P.O. Box 2323
Wilmington, De 19899-2323 usa

Hal L Baume
Fox Rothschild LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2317

L. Jason Cornell
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Earth Leasing, Inc., a Texas Corporation
5310 Harvest Hill Road, Suite 229
Dallas, TX 75230-5805